No. —, original. Ex parte Harmon Metz Waley; and

No. —, original. Ex parte John F. Struthers. April 24, 1939. Motions for leave to file petitions for writs of habeas corpus denied.

No. 514. National Labor Relations Board v. Fainblatt et al. April 24, 1939. It is ordered that the entry in this case in the Journal of this Court for April 17, 1939, be amended by striking out the words "Mr. Justice Frankfurter took no part in the consideration or decision of this case."

No. 339. Long et al., Members of the State Tax Commission of Alabama, et al. v. Stokes, Commissioner of Finance and Taxation. Appeal from the Supreme Court of Tennessee. April 28, 1939. John C. Curry, State Tax Commissioner of Alabama, substituted as a party appellant in the place and stead of Henry S. Long, John P. Kohn, Sr., and W. W. Ramsey; and George F. McCanless, present Commissioner of Finance and Taxation of Tennessee, substituted as the party appellee in the place and stead of Walter Stokes, Jr., on motion of *Mr. Charles S. Trabue, Jr.,* for the appellants. *Ante,* p. 357.